## ACCEPTANCE OF RECEIVERSHIP

The duties of the Receiver, as set forth in the foregoing Order, are accepted and agreed to.

M. Shapiro Management Company LLC

By: _____

Printed name: MARK Kassab

Its: Authorized Agent

**Drafted by and when recorded, return to:**
David A. Lerner
Plunkett Cooney
38505 Woodward Avenue
Suite 100
Bloomfield Hills, MI 48304