# EXHIBIT 2

| | |
|---|---|
| **From:** | Frances B. Wilson |
| **To:** | Michael Piggins |
| **Subject:** | FW: Bleuenstein v Buccaroo Too LLC [Case No.2021-18741-CK] Liquor License Insurance |
| **Date:** | Thursday, August 4, 2022 10:19:21 AM |
| **Attachments:** | image001.png |

**Frances Belzer Wilson, Esq.**
Dawda Mann Building
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248)642-4282
(248)642-7791 – fax
website: www.dawdamann.com
**Download** Vcard



DISCLAIMER: The information contained in this electronic message and any attachments may contain confidential or privileged information and is intended for use solely by the above-referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this message in error, please immediately notify the sender by replying to this message and then deleting the copy you received.

**The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated.**

**From:** Frances B. Wilson
**Sent:** Monday, August 1, 2022 1:36 PM
**To:** Paige Serra <paige@macwilliamslaw.com>
**Cc:** Sara MacWilliams <sm@macwilliamslaw.com>; Laura Alexandre <laura@macwilliamslaw.com>
**Subject:** RE: Bleuenstein v Buccaroo Too LLC [Case No.2021-18741-CK] Liquor License Insurance

Ms. Serra,

Thank you for your communication. Please make arrangements to **immediately turn over funds** being held by MacWilliams Law that belong to the receivership so that expenses of the receivership, such as the insurance premiums, may be promptly paid.

**Frances Belzer Wilson, Esq.**
Dawda Mann Building

Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248)642-4282
(248)642-7791 – fax
website: www.dawdamann.com
Download Vcard



DISCLAIMER: The information contained in this electronic message and any attachments may contain confidential or privileged information and is intended for use solely by the above-referenced recipient. Any review, copying, printing, disclosure, distribution, or other use by any other person or entity is strictly prohibited. If you are not the named recipient, or believe you have received this message in error, please immediately notify the sender by replying to this message and then deleting the copy you received.

**The information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is indicated.**

**From:** Paige Serra <paige@macwilliamslaw.com>
**Sent:** Monday, August 1, 2022 1:12 PM
**To:** Frances B. Wilson <fwilson@dmms.com>
**Cc:** Sara MacWilliams <sm@macwilliamslaw.com>; Laura Alexandre <laura@macwilliamslaw.com>
**Subject:** Bleuenstein v Buccaroo Too LLC [Case No.2021-18741-CK] Liquor License Insurance

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Ms. Wilson,

Attached is a Notice of Intent to Cancel the Liquor License Insurance that was mailed to my office by Conifer, the insurance company. The licenses are being insured by NuStar Insurance through Conifer. We've been paying a premium quarterly to keep the licenses insured. The Receiver will need to contact Conifer at the number included on the attached notice and direct payment to them prior to August 11, 2022 in order for the licenses to remain insured.

Thanks,

**Paige Serra**
MacWilliams Law PC
838 W. Long Lake Road, Suite 211
Bloomfield Hills, MI 48302
Main Office: 248.432.1586 ext. 100

This email may contain attorney-client privileged communication intended only for the recipient. Attorney-client communications should not be shared, forwarded, or otherwise disseminated to persons other than the intended recipient. If you are not the intended recipient, please delete this email and advise the sender.



**Conifer Insurance Company**

# NOTICE OF CANCELLATION OR REFUSAL TO RENEW

550 W. Merrill Street • Suite 200 • Birmingham, MI 48009
248-559-0840 • Fax 248-559-0870

**Policy Number:** [redacted]
**Policy Type:** LL

**Policy Period:** 11/11/2021 to 11/11/2022

**MAIL TO:**
Dino Drop, Inc.; 45 Degree Hospitality, Inc.

838 W LONG LAKE RD
SUITE 211
BLOOMFIELD HILLS, MI 48302

**Insured Name & Address**
Dino Drop, Inc.; 45 Degree Hospitality, Inc.

22740 WOODWARD AVE
FERNDALE, MI 482201734

**Date Mailed:** 07/11/2022

**Licensee Name:** DINO DROP, INC.
**License Number:** BID# 135347

## NOTICE OF INTENT TO CANCEL
## CANCELLATION DATE 08/11/2022 EFFECTIVE 12:01 A.M.

**REASON FOR CANCELLATION**
99 Non Payment of Premium

AS OF THE PROCESS DATE SHOWN BELOW, PREMIUM DUE HAS NOT BEEN RECEIVED IN THIS OFFICE. YOU ARE HEREBY NOTIFIED THAT IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE ABOVE MENTIONED POLICY THAT YOUR INSURANCE WILL CEASE AT AND FROM THE HOUR AND DATE MENTIONED ABOVE. IF THE AMOUNT PAST DUE IS RECEIVED AND ACCEPTED PRIOR TO, OR ON, THE DATE OF CANCELLATION, YOUR POLICY WILL BE REINSTATED WITHOUT A LAPSE OF COVERAGE.

See attached payment information on page 2.
Please disregard this notice if payment has already been made.

_____
AUTHORIZED REPRESENTATIVE

**Process Date:** 07/10/2022

**Payment Information**

| | |
|---|---|
| Amount Past Due: | $1,921.25 |
| Fees/Charges: | $0.00 |
| **TOTAL DUE:** | $1,921.25 |

Process Date: 07/10/2022