# EXHIBIT 3

Diann Axford
Otsego County Treasurer
225 W. Main St, Room 107
Gaylord, MI 49735
Telephone: (989) 731-7560 Fax: (989) 731-7569

Check Processing Information - In accordance with Federal Reserve Board guidelines, checks that you send us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

THESE TAXES WERE TURNED OVER TO THIS OFFICE BY YOUR LOCAL TREASURER.

Act 206 of 1893 211.44 (2): Failure to send or receive the notice does not prejudice the right to collect or enforce the payment of the tax.    TAXPAYER NOTE: Are your name & mailing address correct? Do we have your P.O. Box number? If not, please make corrections below. Thank You.

| | | |
|---|---|---|
| Due if paid by | 09/30/22 | 9,038.69 |
| OR Due if paid by | 10/31/22 | 9,135.12 |
| OR Due if paid by | 11/30/22 | 9,216.55 |

**PARCEL ID #:** 010-028-200-020-01
BUCAROO TOO LLC

4882 WAH WAH SOO
GAYLORD MI 49735

Please Make check(s) payable to: OTSEGO COUNTY TREASURER

ADDRESS SERVICE REQUESTED

Amount Remitted: _____

ALL CHECKS RETURNED FOR NON-SUFFICIENT FUNDS WILL INCUR A $25.00 FEE.

IF PAID WITHIN THE LAST TEN BUSINESS DAYS, PLEASE DISREGARD THIS NOTICE. THANK YOU. **POSTMARK NOT ACCEPTED.**

## OTSEGO COUNTY DELINQUENT TAX NOTICE

Diann Axford
Otsego County Treasurer
225 W. Main St, Room 107
Gaylord, MI 49735

BUCAROO TOO LLC

4882 WAH WAH SOO
GAYLORD MI 49735

**DELINQUENT TAXES DUE:**

| TAX YEAR | BASE TAX | TOTAL DUE IF PAID BY 09/30/22 | OR TOTAL DUE IF PAID BY 10/31/22 | OR TOTAL DUE IF PAID BY 11/30/22 |
|---|---|---|---|---|
| 2021 | 8,142.96 | 9,038.69 | 9,135.12 | 9,216.55 |
| TOTAL | | 9,038.69 | 9,135.12 | 9,216.55 |

### PROPERTY INFORMATION

**Property Number:** 010-028-200-020-01
**School Dist:** GAYLORD COMMUNITY
**Property Address:** 4029 OLD US HIGHWAY 27 S
GAYLORD
**LEGAL DESCRIPTION:**

COMM @ N¼ COR, TH N89°32'49"W 1024.65' FOR POB, TH S2°16'35"E 199.99', TH N89°33'9"W 238.28', TH N3°32'1"E 200.05', TH S89°32'49"E 218' TO POB. SEC 28, T30N-R3W.

**UPCOMING FEES FOR PROPERTIES WITH UNPAID 2021 TAXES:**

*OCTOBER 1, 2022 -- $15 MAILING FEE is added; included in October payoff.
*MARCH 1, 2023 -- All properties with delinquent taxes are FORFEITED to the County Treasurer. $175 FEE IS ADDED PLUS $60 RECORDING FEE and 1/2 % additional interest monthly, and mailing, service and other fees as required by direction of General Property Tax Act.
*FEBRUARY 2024 -- Circuit Court enters Judgment of FORECLOSURE. Unless delinquent taxes are paid on or before March 31, 2024 the rights to redemption expire. Title to property passes to county April 1, 2024.

**UPCOMING FEES (ON FORFEITED) UNPAID 2020 (and/or prior years) TAXES:**

*MAY 2, 2022 -- $65 fee is added, property is visited and publically posted.
*DECEMBER 1, 2022 -- $25 fee is added for Certified mailing plus $50 publication fee is added. Property address and ALL NAMES of ALL PARTIES with interest in parcels with unpaid 2020 or prior years taxes WILL BE PUBLISHED IN THE LOCAL PAPER 3 CONSECUTIVE WEEKS IN LATE DEC 2022 OR EARLY JAN 2023
*APRIL 1, 2023 -- Title to property passes to County. REDEMPTION PERIOD ENDS. YOU CANNOT GET PROPERTY BACK.

**ONLINE & TELEPHONE PAYMENT INSTRUCTIONS**

EVERYONE who holds a legal interest in the property MAY LOSE THAT INTEREST as a result of the FORFEITURE and subsequent FORECLOSURE PROCEEDINGS. Your name on this notice DOES NOT indicate ownership. You may have received this notice because records show you have an INTEREST or LIEN of some kind in the property or possibly because your address has not been updated or a deed has not been recorded within the Register of Deeds.

Payments accepted by cash, check, money order or credit/debit cards (with a fee) 8:00am - 4:30pm over telephone: 989-731-7560, Full or partial payments (amount greater than $50.00).To pay 24 HRS a day - go online to:
https://payments.g2gcloud.com/OtsegoTreasurer/1675.
PLEASE NOTE: When paying by credit/Debit Cards an additional charge is applied. ACH now available for payments. Call our office at 989-731-7560 for details.

"Please check your parcel ID number & description before paying your tax bill. You are responsible if you pay on the wrong parcel."

**THE OTSEGO COUNTY TREASURER'S OFFICE DOES NOT ACCEPT POSTMARK FOR PAYMENTS.**

Diann Axford
**Otsego County Treasurer**
225 W. Main St, Room 107
Gaylord, MI 49735
Telephone: (989) 731-7560 Fax: (989) 731-7569

Check Processing Information - In accordance with Federal Reserve Board guidelines, checks that you send us for payment may be processed electronically. This means that checks generally clear faster, banks no longer return checks and bank statements are valid proof of payment.

THESE TAXES WERE TURNED OVER TO THIS OFFICE BY YOUR LOCAL TREASURER.

Act 206 of 1893 211.44 (2): Failure to send or receive the notice does not prejudice the right to collect or enforce the payment of the tax.   TAXPAYER NOTE: Are your name & mailing address correct? Do we have your P.O. Box number? If not, please make corrections below.   Thank You.

| Due if paid by | 09/30/22 | 6,106.31 |
| OR Due if paid by | 10/31/22 | 6,176.32 |
| OR Due if paid by | 11/30/22 | 6,231.34 |

**PARCEL ID #:** 010-028-200-020-02
BUCAROO TOO LLC

4882 WAH WAH SOO
GAYLORD MI 49735

Please Make check(s) payable to: OTSEGO COUNTY TREASURER

ADDRESS SERVICE REQUESTED

**Amount Remitted:** _____

ALL CHECKS RETURNED FOR NON-SUFFICIENT FUNDS WILL INCURE A $25.00 FEE.

IF PAID WITHIN THE LAST TEN BUSINESS DAYS, PLEASE DISREGARD THIS NOTICE. THANK YOU. **POSTMARK NOT ACCEPTED.**

## OTSEGO COUNTY DELINQUENT TAX NOTICE

Diann Axford
Otsego County Treasurer
225 W. Main St, Room 107
Gaylord, MI 49735

BUCAROO TOO LLC

4882 WAH WAH SOO
GAYLORD MI 49735

**DELINQUENT TAXES DUE:**

| TAX YEAR | BASE TAX | TOTAL DUE IF PAID BY 09/30/22 | OR TOTAL DUE IF PAID BY 10/31/22 | OR TOTAL DUE IF PAID BY 11/30/22 |
|---|---|---|---|---|
| 2021 | 5,501.18 | 6,106.31 | 6,176.32 | 6,231.34 |
| TOTAL |  | 6,106.31 | 6,176.32 | 6,231.34 |

### PROPERTY INFORMATION

**Property Number:** 010-028-200-020-02
**School Dist:** GAYLORD COMMUNITY
**Property Address:** OLD US HIGHWAY 27 S
GAYLORD
**LEGAL DESCRIPTION:**

COMM @ N¼ COR, TH N89°32'49"W 1242.63', TH S3°32'1"W 200.05' FOR POB, TH    S89°33'9"E 238.28', TH S2°16'35"E 129.95', TH N89°31'41"W 251.44', TH N3°32'1"E 129.89' TO POB. SEC 28, T30N-R3W.

UPCOMING FEES FOR PROPERTIES WITH UNPAID 2021 TAXES:

*OCTOBER 1, 2022 -- $15 MAILING FEE is added; included in October payoff.
*MARCH 1, 2023 -- All properties with delinquent taxes are FORFEITED to the County Treasurer.  $175 FEE IS ADDED PLUS $60 RECORDING FEE and 1/2 % additional interest monthly, and mailing, service and other fees as required by direction of General Property Tax Act.
*FEBRUARY 2024 -- Circuit Court enters Judgment of FORECLOSURE. Unless delinquent taxes are paid on or before March 31, 2024 the rights to redemption expire. Title to property passes to county April 1, 2024.

**UPCOMING FEES (ON FORFEITED) UNPAID 2020 (and/or prior years) TAXES:**

*MAY 2, 2022 – $65 fee is added, property is visited and publically posted.
*DECEMBER 1, 2022 -- $25 fee is added for Certified mailing plus $50 publication fee is added. Property address and ALL NAMES of ALL PARTIES with interest in parcels with unpaid 2020 or prior years taxes WILL BE PUBLISHED IN THE LOCAL PAPER 3 CONSECUTIVE WEEKS IN LATE DEC 2022 OR EARLY JAN 2023
*APRIL 1, 2023 – Title to property passes to County. REDEMPTION PERIOD ENDS. YOU CANNOT GET PROPERTY BACK.

ONLINE & TELEPHONE PAYMENT INSTRUCTIONS

Payments accepted by cash, check, money order or credit/debit cards (with a fee) 8:00am - 4:30pm over telephone: 989-731-7560, Full or partial payments (amount greater than $50.00).To pay 24 HRS a day - go online to: https://payments.g2gcloud.com/OtsegoTreasurer/1675.
PLEASE NOTE:  When paying by credit/Debit Cards an additional charge is applied. ACH now available for payments. Call our office at 989-731-7560 for details.

EVERYONE who holds a legal interest in the property MAY LOSE THAT INTEREST as a result of the FORFEITURE and subsequent FORECLOSURE PROCEEDINGS.  Your name on this notice DOES NOT indicate ownership.  You may have received this notice because records show you have an INTEREST or LIEN of some kind in the property or possibly because your address has not been updated or a deed has not been recorded within the Register of Deeds.

"Please check your parcel ID number & description before paying your tax bill.  You are responsible if you pay on the wrong parcel."

**THE OTSEGO COUNTY TREASURER'S OFFICE DOES NOT ACCEPT POSTMARK FOR PAYMENTS.**